NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**U.S. District Court - Western District of Pennsylvania (Pittsburgh)**

Circuit Court Docket No. _____

**FULL CAPTION IN DISTRICT COURT:**

UNITED STATES OF AMERICA

V.

CHRISTOPHER WALLACE

District Court Docket No. 2:15-cr-00056

District Court Judge Mark R. Hornak

Notice is hereby given that Christopher Wallace appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment; [ ] Order; [ ] Other (Specify) _____

entered in this action on December 1, 2016.

**DATED:** January 17, 2017*

*/s/ Renee Pietropaolo*
**(Counsel for Appellant-signature)**
Renee Pietropaolo  PA ID# 72887
Assistant Federal Public Defender
**(Name of Counsel-Typed)**
1500 Liberty Center
**(Address)**
1001 Liberty Avenue

Pittsburgh, PA  15222

(412) 644-6565
**(Tel. No. - FTS or Other)**

Rebecca Ross Haywood
Assistant U.S. Attorney
**(Counsel for Appellee)**
4000 U.S. Courthouse
**(Address)**
700 Grant Street

Pittsburgh, PA  15219

(412) 894-7367
**(Tel. No. - FTS or Other)**

* By Order of Court entered December 19, 2016, the deadline for filing the Notice of Appeal was extended to January 17, 2017.